**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JESSICA JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.,<br><br>Defendant, | Case No. 1:26-cv-03927-VMC |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Jessica Johnson and Defendant Apple Inc. (the "Parties") jointly write to advise the Court that they have reached an agreement in principle to settle this matter. The Parties request that the Court vacate any upcoming deadlines while the Parties negotiate the settlement agreement and the performance of the settlement terms is pending. Once the terms of the settlement are completed, the Parties shall file a Stipulation of Dismissal of the entire action with prejudice.

Respectfully submitted this 31st day of July, 2026.

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

*/s/ Brannon J. Arnold*
Brannon J. Arnold
Georgia Bar No.: 218034

3344 Peachtree Road, Suite 2400
Atlanta, Georgia 30326
404-876-2700
barnold@wwhgd.com
*Attorney for Defendant Apple Inc.*

WADE KILPELA SLADE LLP

*/s/ Edwin J. Kilpela, Jr.*
(*by B. Arnold with express permission*)
Edwin J. Kilpela, Jr.
Admitted Pro Hac Vice
6425 Living Pl., Suite 200
Pittsburgh, PA 15206
ek@waykayslay.com
*Attorneys for Plaintiff*

**RULE 5.1(C) CERTIFICATE OF TYPE, FORMAT AND FONT SIZE**

Pursuant to Local Rule 5.1(C) of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14 point size.

*s/ Brannon J. Arnold*
Brannon J. Arnold

**CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the foregoing upon all counsel of record via Electronic Court Filing.

Edwin J. Kilpela, Jr.
WADE KILPELA SLADE LLP
6425 Living Pl., Suite 200
Pittsburgh, PA 15206
ek@waykayslay.com

L. Chris Stewart
STEWART MILLER SIMMONS TRIAL ATTORNEYS
3625 Cumberland Blvd., C-100
Atlanta, GA 30339
cstewart@smstrial.com

*Attorneys for Plaintiff*

This 31st day of July, 2026.

*/s/ Brannon J. Arnold*
Brannon J. Arnold
Georgia Bar No. 218034